JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

COUNTRYWIDE SECURITIES
CORPORATION,

               Petitioner,

    v.

BRIAN VARGA,

               Respondent.

No.    CV 09–4134 PA (Ex)

JUDGMENT

     In accordance with the Court's August 10, 2009 Order denying petitioner Countrywide Securities Corporation's ("Petitioner") motion to vacate an arbitration award, and granting respondent Brian Varga's ("Respondent") motion to confirm the arbitration award;

     It is therefore now ORDERED, ADJUDGED, and DECREED that the parties' arbitration award dated May 26, 2009, is confirmed.

     Respondent shall recover his costs of suit.

     The Clerk is ordered to enter this Judgment.

DATED:  August 19, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE